**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ALBERT J. DEGUTIS, individually,
and on behalf of all others similarly
situated,

              Plaintiff,

v.                                      Case No:  2:12-cv-319-FtM-38DNF

FINANCIAL FREEDOM, LLC, a
division of ONEWEST BANK, FSB,
and FINANCIAL FREEDOM
ACQUISITION, LLC,

              Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Relief from Stay and for Extension of Time to File Motion for Class Certification (Doc. #23), filed on June 14, 2013.  Without objection from Defendants, Plaintiffs request that the Court's August 23, 2012 stay of this matter (Doc. #22) be lifted as the basis for the stay no longer exists.  The Court agrees and will now lift the stay.

As a scheduling order has never been entered in this matter, the Parties are directed to meet and confer and submit a proposed case management report in compliance with Local Rule 3.05 to the Court with deadlines that will govern this action. The Case Management Report form was previously provided to the Parties with the Related Case Order and Track Two Notice (Doc. #9).

Finally, Plaintiff's unopposed Motion requests a 120 day extension of time to file his Motion for Class Certification.  Plaintiff's motion for class certification is ordinarily

due 90 days from the date of removal.  However, because this case has been stayed since August 23, 2012, 63 days after removal of this matter, the Court will grant Plaintiff an additional 120 days to file its Motion for Class Certification.

Accordingly, it is now

**ORDERED:**

(1) The Clerk is directed to re-open the case.

(2) Plaintiff's Unopposed Motion for Relief from Stay and for Extension of Time to File Motion for Class Certification (Doc. #23) is **GRANTED**.  The stay of this matter is lifted.  The Clerk of Court is directed to remove the stay flag from this case.

(3) The Parties shall conduct a case management conference and file their case management report with the Court on or before **June 28, 2013**.  The Parties may conduct the case management conference telephonically.

(4) Plaintiff will have **120 days** from the date of this Order to file his Motion for Class Certification.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record