UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT J. DEGUTIS, individually, and
on behalf of all others similarly situated

    Plaintiff,

v.                                             Case No:  2:12-cv-319-FtM-38DNF

FINANCIAL FREEDOM, LLC and
FINANCIAL FREEDOM
ACQUISITION, LLC,

    Defendants.
_____/

## ORDER

The Court held a preliminary pretrial conference in this matter on July 18, 2013. The Court heard argument from counsel regarding how this case should proceed. Pursuant to the Court's discussion held with the Parties on the record at the hearing, the Court enters the following briefing schedule regarding discovery. The case management and scheduling order will issue at a later date.

Accordingly, it is now **ORDERED:**

Defendants shall have up to and including **July 25, 2013** to brief the issue of individual discovery. Plaintiff shall have up to and including **August 1, 2013** to file his response. Class discovery is therefore stayed until **August 8, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record