UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT J. DEGUTIS, individually, and
on behalf of all others similarly situated,

        Plaintiff,

v.                                      Case No: 2:12-cv-319-FtM-38DNF

FINANCIAL FREEDOM, LLC and
FINANCIAL FREEDOM
ACQUISITION, LLC,

        Defendants.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on *sua sponta* review of the file. On July 18, 2013, the Court held a preliminary pretrial conference to discuss the posture of the case. At that time, the Court reserved on issuing a Case Management and Scheduling Order until it decided whether to bifurcate discovery on Plaintiff's individual claims and class claims. (Doc. #33). On October 18, 2013, the Court ruled in favor of bifurcating discovery, and it set a discovery deadline for December 17, 2013, and a dispositive motion deadline for January 17, 2014. ([Doc. #50](#)). Since then, however, the Court has extended those deadlines. Currently, the discovery deadline for Plaintiff's individual claims is August 15, 2014, and the dispositive motion deadline is September 16, 2014. (Doc. #66). As these

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

are the only deadlines formally set in this case, the Court directs the parties to submit an amended Case Management Report, which proposes new deadlines for, among other things, mediation, joint final pretrial statement, motions *in limine*, trial briefs, and a final pretrial conference.

Accordingly, it is now

**ORDERED:**

The parties shall jointly prepare and file an amended Case Management Report by **June 11, 2014**. The parties shall utilize the Case Management Report form ([Doc. #9](Doc. #9)) that the Court previously provided to them.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record